UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN SPENCER, Plaintiff, v. CITY OF SAN DIEGO, Defendant. | Case No.: 26-CV-4189 TWR (DEB) **ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*** (ECF No. 2) |

Presently before the Court are Plaintiff Melvin Spencer's Complaint ("Compl.," ECF No. 1) and Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Mot.," ECF No. 2). All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for a writ of habeas corpus, must pay filing and administration fees totaling $405.[1] 28 U.S.C. § 1914(a). A court may, however, in its discretion, allow a plaintiff to proceed without paying these fees if the plaintiff seeks leave to proceed *in forma pauperis* ("IFP") by submitting an affidavit demonstrating the fees impose financial hardship. *See* 28 U.S.C. § 1915(a); *Escobedo v.*

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $55. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023)). The additional $55 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*

*Applebees*, 787 F.3d 1226, 1234 (2015). Although the statute does not specify the qualifications for proceeding IFP, the plaintiff's affidavit must allege poverty with some particularity. *Escobedo*, 787 F.3d at 1234. Granting a plaintiff leave to proceed IFP may be proper, for example, when the affidavit demonstrates that paying court costs will result in a plaintiff's inability to afford the "necessities of life." *Id.* The affidavit, however, need not demonstrate that the plaintiff is destitute. *Id.*

Here, Plaintiff's affidavit indicates that he has received an average of $900 per month for his employment with the Salvation Army, (*see* IFP Mot. at 1–2) and that his monthly expenditures total approximately $150, (*see id.* at 4–5). Because it appears that Plaintiff's income exceeds his expenses by approximately $750 per month, Plaintiff has not demonstrated that paying the $405 filing fee will result in his inability to afford the necessities of life. The Court therefore **DENIES WITHOUT PREJUDICE** Plaintiff's IFP Motion (ECF No. 2). Should Plaintiff wish to proceed, within <u>twenty-eight (28) days of the date of this Order</u>, he must either (1) file a renewed motion to proceed IFP that more fully accounts for his monthly expenses, or (2) pay the entire $405 civil filing and administrative fee in full. *Should Plaintiff fail timely to file a renewed motion to proceed IFP or pay the $405 filing fee, the Court will dismiss this action without prejudice.*

**IT IS SO ORDERED.**

Dated: August 31, 2026

Honorable Todd W. Robinson
United States District Judge